650

■ NATIONAL SURETY CORPORATION v. ROBERT R. KAUFMAN.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before August 9, 1960, with notice of argument for the September 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ NATIONAL SURETY CORPORATION v. ROBERT R. KAUFMAN.— Motion granted insofar as to enlarge appellant's time to procure the record on appeal and appellant's points to be served and filed up to and including August 9, 1960, with notice of argument for the September 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ In the Matter of WILLIAM A. MARKS against JOSEPH SCHECHTER, as Personnel Director, et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before September 8, 1960, with notice of argument for September 20, 1960, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ STEPHANIE S. DE LUCA v. STEPHEN J. DE LUCA.— Motion to dismiss appeal denied. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ JACOB OLINER v. LIBERTY GARDENS, INC., et al.— Motion to dismiss appeal denied, with $10 costs. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ In the Matter of EDWARD HIRSCHHORN, Deceased. ELSE H. BROMBERGER et al.; HELEN SCHWABACH.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 9, 1960, with notice of argument for the September 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ In the Matter of the CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property in the City of New York in Connection with Public Housing Project Known as Borgia Butler Houses. DAVID KUSHNER et al., Respondents.— Motion for an extension of time granted insofar as to extend appellant's time to procure the record on appeal and appellant's points to and including October 4, 1960, with notice of argument for the November 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ JAFFE TRADING CORPORATION v. OVERSEAS DISTRIBUTORS EXCHANGE, INC., et al.— Motion to dismiss appeal granted only insofar as to dismiss the appeal from the order entered March 10, 1960. In all other respects, the motion is denied. Concur — Botein, P. J., Breitel, Rabin, Valente and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. SEYMOUR GRASBERG.— Enlargement of time granted. Concur — Rabin, J. P., Valente, McNally and Bergan, JJ.

## (June 10, 1960)

■ J. & H. STOLOW et al., v. SCOTT PUBLICATIONS, INC., et al.— Motion for stay denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente and Bergan, JJ.